PHILLIP A. TALBERT
United States Attorney
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

**Mar 14, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE INFORMATION
ASSOCIATED WITH THE CELLULAR
TELEPHONES ASSIGNED CALL
NUMBERS 916-757-9092, 916-752 3966, and
916 764- 4100.

CASE NO: 2:23-SW-0003 DB

ORDER TO UNSEAL SEARCH WARRANT
AND SEARCH WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

Dated:     03/14/2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE